NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

| | | |
|---|---|---|
| 21st CENTURY ONCOLOGY SERVICES, LLC, and 21st CENTURY ONCOLOGY, INC., | ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Case No. 2D17-1701 |
| LAURA A. HUDSON, individually and as personal representative of the Estate of Todd Michael Hudson, deceased, | ) ) ) ) ) | |
| Respondent. | ) ) ) | |

Opinion filed May 18, 2018.

Petition for Writ of Certiorari to the
Circuit Court for Lee County; Elizabeth
V. Krier, Judge.

Thomas A. Valdez of Quintairos, Prieto,
Wood & Boyer, P.A., Tampa; and Jesse
Gubernat of Banker Lopez Gassler P.A.,
Fort Myers, for Petitioners.

Alexander Brockmeyer of Boyle & Leonard,
P.A., Fort Myers, for Respondent.


PER CURIAM.


Denied.


CASANUEVA, SALARIO, and ATKINSON, JJ., Concur.